IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE J. SANDERS, | ) | 1:06cv0101 DLB |
| | ) | |
| | ) | ORDER DISCHARGING |
| | ) | TO SHOW CAUSE |
| Plaintiff, | ) | |
| | ) | (Document 13) |
| vs. | ) | |
| JO ANNE BARNHART, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On January 9, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On September 6, 2006, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief.

On September 13, 2006, Plaintiff filed a response to the order to show cause and explained that the failure to file an opening brief was due to counsel's error and oversight. Plaintiff also filed his opening brief on that date.

Accordingly, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:   September 15, 2006              /s/ Dennis L. Beck
3b142a                                   UNITED STATES MAGISTRATE JUDGE

1