# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE J. SANDERS, | 1:06cv0101 DLB |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT |
| v. | (Document 21) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ORDER DIRECTING CLERK TO SERVE COPY OF THIS ORDER ON COURT OF APPEALS |
| Defendant. | |

    Plaintiff Ronnie J. Sanders ("Plaintiff") filed the instant action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for supplemental security income and disability insurance benefits pursuant to Title XVI and Title II of the Social Security Act. On November 17, 2006, the Court denied Plaintiff's complaint and judgment was entered in favor of Defendant. On January 4, 2007, Plaintiff filed a notice of appeal and an application to proceed in forma pauperis on appeal.

    Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a party who was permitted to proceed in forma pauperis in the district court action may proceed in forma pauperis on appeal without prior authorization. In this case, Plaintiff's application to proceed in forma pauperis was granted in the district court on January 31, 2006.

1    In light of this rule, IT IS HEREBY ORDERED that:

2    1.   Plaintiff's application to proceed in forma pauperis on appeal is DISREGARDED
3         AS MOOT; and
4    2.   The Clerk of Court is DIRECTED to serve a copy of this order on the Court of
5         Appeals for the Ninth Circuit.

7    IT IS SO ORDERED.

8    **Dated:   January 8, 2007**               **/s/ Dennis L. Beck**
3b142a                                          UNITED STATES MAGISTRATE JUDGE